| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Schiltz, Patrick J. | 2. Court or Organization<br><br>U.S. District Court, Minnesota | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Warren E Burger US Courthouse<br>316 N Robert St - Ste 774<br>Saint Paul, MN 55101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Minnesota Chapter of Federal Bar Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 12 A 10:28 FINANCIAL DISCLOSURE OFFICE

Schiltz_Patrick_J

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | University of St. Thomas School of Law (salary and summer research stipend) |
| 2. | 2008 | West Publishing (payment for work on casebook supplement) |
| 3. | 2008 | University of Notre Dame ($1000 honorarium for speech) |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | Mar. 18-19, 2008 | Cambridge, MA | Judge Moot Court | Transportation, hotel, meals |
| 2. | Thomas and Helen Muhvic | Oct. 3-5, 2008 | Lutsen, MN | Officiate at wedding | Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. The Minneapolis Club | Honorary membership (resigned in October, see Part VIII) | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. -- Wells Fargo Bank Accounts | B | Interest | M | T | | | | | |
| 3. -- Vanguard Prime Money Market Fund | A | Int./Div. | K | T | | | | | |
| 4. FAEGRE & BENSON RETIREMENT ACCOUNT #1 | | | | | | | | | |
| 5. -- Wells Fargo Adv Index Fund | | None | | | Transferred (to line 7) | 04/22 | M | | |
| 6. | | | | | Closed | 04/22 | | | |
| 7. -- Vanguard Institutional Index Fund (X) | | None | M | T | Transferred (from line 5) | 04/22 | M | | |
| 8. FAEGRE & BENSON RETIREMENT ACCOUNT #2 | | | | | | | | | |
| 9. -- Wells Fargo Adv Index Fund | | None | | | Transferred (to line 11) | 04/22 | L | | |
| 10. | | | | | Closed | 04/22 | | | |
| 11. -- Vanguard Institutional Index Fund (X) | | None | L | T | Transferred (from line 9) | 04/22 | L | | |
| 12. UNIVERSITY OF ST. THOMAS 403(b) ACCOUNT #1 | | | | | | | | | |
| 13. -- CREF Stock Fund | | None | M | T | Transferred (to line 16) | 03/10 | K | | |
| 14. -- CREF Growth Fund | | None | K | T | Transferred (to line 17) | 03/10 | J | | |
| 15. -- CREF Bond Market Fund | | None | K | T | | | | | |
| 16. -- CREF Inflation-Linked Bond Fund (X) | | None | K | T | Transferred (from line 13) | 03/10 | K | | |
| 17. | | | | | Transferred (from line 14) | 03/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $26,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UNIVERSITY OF ST. THOMAS 403(b) ACCOUNT #2 | | | | | | | | | |
| 19. -- CREF Stock Fund | | None | L | T | Transferred (to line 22) | 03/10 | K | | |
| 20. -- CREF Growth Fund | | None | K | T | | | | | |
| 21. -- CREF Bond Market Fund | | None | K | T | | | | | |
| 22. -- CREF Inflation-Linked Bond Fund (X) | | None | K | T | Transferred (from line 19) | 03/10 | K | | |
| 23. IRA #1 | | | | | | | | | |
| 24. -- Oakmark Fund | A | Dividend | J | T | | | | | |
| 25. IRA #2 | | | | | | | | | |
| 26. -- Oakmark Fund | A | Dividend | J | T | | | | | |
| 27. MUTUAL FUNDS | | | | | | | | | |
| 28. -- Fidelity New Markets Income Fund | B | Dividend | K | T | | | | | |
| 29. -- Janus Worldwide Fund | A | Dividend | J | T | | | | | |
| 30. -- Northeast Investors Trust | A | Dividend | J | T | | | | | |
| 31. -- Oakmark Fund | A | Dividend | J | T | | | | | |
| 32. -- T. Rowe Price Small-Cap Stock Fund | A | Dividend | J | T | | | | | |
| 33. -- T. Rowe Price Tax-Free High Yield Fund | B | Dividend | K | T | | | | | |
| 34. -- Tweedy Browne American Value Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. – Vanguard GNMA Fund | B | Dividend | K | T | | | | | |
| 36. – Vanguard Intermediate-Term Tax-Exempt Fund | A | Dividend | K | T | | | | | |
| 37. – Vanguard Limited-Term Tax-Exempt Fund | A | Dividend | K | T | | | | | |
| 38. – Vanguard REIT Index Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V, Line 1: I accepted an honorary membership in February 2008. I resigned the honorary membership in October 2008. I do not know the value of the honorary membership, but, because I did not avail myself of any of the privileges of membership, I am reporting the value as zero.

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Si█████████████████████████████████████████ 5/11/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY █████████████████████ CT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544